# Exhibit A

**Laura A. Rabb, Esq.**
**I.D.#: 028321997**
**RABB HAMILL, P.A.**
**284 Amboy Avenue**
**Woodbridge, NJ  07095**
**(732) 636-9291**
Attorneys for Plaintiff(s)

| | |
|---|---|
| CHANDRA MEGGIE-BERNARD, | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: ESSEX COUNTY<br>DOCKET NO.: ESX L 003768-21 |
| **Plaintiff,** | |
| vs. | **CIVIL ACTION** |
| RUSSELL PLYWOOD INC AND DAVID RALPH RAMIEREZ, | **SUMMONS** |
| **Defendant(s).** | |

From The State of New Jersey To The Defendant(s) Named Above: **RUSSELL PLYWOOD INC**

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of

each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.


*/S/ MICHELLE M. SMITH*

_____
Clerk of the Superior Court

DATED: May 12, 2021
Name of Defendant to Be Served:   RUSSELL PLYWOOD INC
Address of Defendant to Be Served: 3 MCCULLOUGH DR, NEW CASTLE, DE 19720

Laura A. Rabb, Esq,
I.D.#: 028321997
RABB HAMILL, P.A.
284 Amboy Avenue
Woodbridge, NJ 07095
(732) 636-9291
Attorneys for Plaintiff(s)

| | |
|---|---|
| CHANDRA MEGGIE-BERNARD,<br><br>Plaintiff,<br><br>vs.<br><br>RUSSELL PLYWOOD INC AND<br>DAVID RALPH RAMIEREZ,<br><br>Defendant(s). | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: ESSEX COUNTY<br>DOCKET NO.<br><br>CIVIL ACTION<br><br>COMPLAINT AND JURY DEMAND |

Plaintiff, Chandra Meggie-Bernard, residing at 20 Rich Street, in the Twp of Irvington, County of Essex, State of New Jersey, by way of complaint against the defendants, says:

## FIRST COUNT

1. On or about November 9, 2020, the plaintiff Chandra Meggie-Bernard, was the owner and operator of a motor vehicle which was lawfully and properly stopped westbound on Route 22, in the Twp of Bridgewater, County of Somerset, State of New Jersey.

2. At the time and place aforesaid, the defendant, Russell Plywood Inc.,was the owner of a motor vehicle which was being operated by its agent servant and or employee defendant David Ralph Ramierez which was traveling westbound on Route 22, in the Twp of Bridgewater, County of Somerset, State of New Jersey.

3. At the time and place aforesaid, the defendant, Russell Plywood Inc., through its agent servant and or employee defendant, David Ralph Ramierez, so negligently and carelessly operated his motor vehicle that he was caused to strike and collide with the rear of the stopped

vehicle driven by plaintiff, Chandra Meggie-Bernard, causing plaintiff, Chandra Meggie-Bernard to sustain serious personal injury.

4. As a direct and proximate result of the aforesaid joint, several and or individual negligence of the defendants, Russell Plywood Inc. and David Ralph Ramierez, the plaintiff, Chandra Meggie-Bernard, sustained serious personal injuries both temporary and permanent in nature, she suffered and will suffer past, present and future pain and suffering, she was and will be obliged to spend money on doctor bills, hospital bills, care and medicine in an effort to cure and alleviate her injuries, and she was and will be unable to pursue the usual course of her occupation and duties, all to her damage.

**WHEREFORE**, the plaintiff, Chandra Meggie-Bernard, demands judgment against the defendants, Russell Plywood Inc. and David Ralph Ramierez, jointly, severally and or individually, for money damages plus cost of suit on the First Count.

## JURY DEMAND

Plaintiff, demands a trial by jury as to all issues herein contained.

## DEMAND FOR INSURANCE INFORMATION

Pursuant to R. 4:10-2(b), plaintiff hereby demands production within 30 days of a copy of the contents of any insurance agreement under which the defendants may be covered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

## DESIGNATION OF TRIAL COUNSEL

Plaintiffs designates Edward K. Hamill, Esq., 025861982 as Trial Counsel pursuant to Rule 4:25-4.

## CERTIFICATION

Laura A. Rabb, of full age, hereby certifies as follows:

1. That the matter in controversy is not the subject of any other action pending in any court or of a pending arbitration proceeding, and that no other action or arbitration proceeding is contemplated.

2. I know of no other party or person who should be joined in this action.

3. This certification is made pursuant to Rule 4:5-1.

4. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

RABB HAMILL, P.A.

BY: _____

LAURA A. RABB, ESQ.

Dated: May 7, 2021

ESX L 003768-21   05/12/2021 4:17:47 AM  Pg 1 of 1 Trans ID: LCV20211183226

ESSEX COUNTY - CIVIL DIVISION
SUPERIOR COURT OF NJ
465 MARTIN LUTHER KING JR BLVD
NEWARK          NJ 07102
                                    TRACK ASSIGNMENT NOTICE

COURT TELEPHONE NO. (973) 776-9300
COURT HOURS  8:30 AM - 4:30 PM

                         DATE:   MAY 11, 2021
                         RE:     MEGGIE-BERNARD CHANDRA   VS RUSSELL PLYWOOD INC
                         DOCKET: ESX L -003768 21

    THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

     DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

    THE PRETRIAL JUDGE ASSIGNED IS:  HON LISA M. ADUBATO

     IF YOU HAVE ANY QUESTIONS, CONTACT TEAM      001
AT:  (973) 776-9300 EXT 57395.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                         ATTENTION:

                                    ATT: LAURA A. RABB
                                    RABB HAMILL P.A.
                                    284 AMBOY AVENUE
                                    WOODBRIDGE        NJ 07095-0579


ECOURTS

# Exhibit B

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
Andrew J. Heck, Esq. (11802012)
Christopher W. McClanahan (No. 42331996)
200 Campus Drive
Florham Park, New Jersey 07932
T. (973) 624-0800
F. (973) 624-0808
Attorneys for Defendants, Russell Plywood Inc. DE (i/p/a Russell Plywood, Inc.) and David
Ralph Ramierez

| | |
|---|---|
| CHANDRA MEGGIE-BERNARD,      : <br><br> Plaintiff,      : <br> v.      : <br><br> RUSSELL PLYWOOD INC AND DAVID      : <br> RALPH RAMIEREZ      : <br><br><br> Defendants.      : | SUPERIOR COURT OF NEW JERSEY <br> LAW DIVISION: ESSEX COUNTY <br> DOCKET NO: ESX-L-3768-21 <br><br> <u>Civil Action</u> <br><br> **VIA ECOURT FILING** |

## NOTICE OF FILING OF REMOVAL TO UNITED STATES DISTRICT COURT

**PLEASE TAKE NOTICE**, that pursuant to 28 U.S.C. § 1446(a), Defendants, Russell

Plywood Inc. DE (i/p/a Russell Plywood, Inc.) and David Ralph Ramierez (hereinafter

"Defendants"), by and through the undersigned attorneys, Wilson Elser Moskowitz Edelman &

Dicker, LLP, on this date have filed a Notice of Removal of a Civil Action from the Superior Court

of New Jersey, Law Division, Essex County, Docket No. ESX-L-3768-21, to the United States

District Court for the District of New Jersey, together with all process, pleadings, and Orders, as

required by 28 U.S.C. § 1446(a), copies of which are attached hereto and made part hereof.

PLEASE TAKE FURTHER NOTICE, that Defendants, Russell Plywood Inc. DE (i/p/a

Russell Plywood, Inc.) and David Ralph Ramierez, hereby file this Notice and Petition with the

256113367v.1

Essex County Clerk of the Superior Court of New Jersey, Law Division, in accordance with 28

U.S.C. § 1446.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
Attorneys for Defendants, Russell Plywood Inc. DE (i/p/a Russell
Plywood, Inc.) and David Ralph Ramierez

By: /s/ Andrew J. Heck
      Andrew J. Heck. (AH9361)
      Andrew.Heck@wilsonelser.com

Dated: July 12, 2021

256113367v.1

## CERTIFICATE OF SERVICE

I hereby certify that on behalf of Defendants, Russell Plywood Inc. DE (i/p/a Russell

Plywood, Inc.) and David Ralph Ramierez, I caused the within Notice of Filing of Removal to be

served via Electronic Filing, upon:

Clerk
New Jersey Superior Court
465 Dr. Martin Luther King Jr. Boulevard
Newark, New Jersey 07102

Laura Rabb, Esq.
Rabb Hamill, PA
284 Amboy Ave.
Woodbridge, NJ 07095
Attorneys for Plaintiff

I further certify that the foregoing statements made by me are true. I am aware that if any

of the foregoing statements made by me are willfully false, I am subject to punishment.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
Attorneys for Defendants, Russell Plywood Inc. DE (i/p/a Russell
Plywood, Inc.) and David Ralph Ramierez

By: /s/ Andrew J. Heck
        Andrew J. Heck. (11802012)
        Andrew.Heck@wilsonelser.com

Dated: July 12, 2021

256113367v.1